No. 81–420.  MARSHALL, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY v. LONBERGER.  C. A. 6th Cir.  Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.  ▮

No. 81–298.  COMMUNITY TELEVISION OF SOUTHERN CALIFORNIA v. GOTTFRIED ET AL.  C. A. D. C. Cir.  Motion of Corporation for Public Broadcasting et al. for leave to file a brief as *amici curiae* granted.  Certiorari granted limited to Question 2 presented by the petition.

No. 81–799.  FEDERAL COMMUNICATIONS COMMISSION v. GOTTFRIED ET AL.  C. A. D. C. Cir.  Motion of Corporation for Public Broadcasting et al. for leave to file a brief as *amici curiae* granted.  Certiorari granted.

No. 81–334.  ASSOCIATED GENERAL CONTRACTORS OF CALIFORNIA, INC. v. CALIFORNIA STATE COUNCIL OF CARPENTERS ET AL.  C. A. 9th Cir.  Certiorari granted.  The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 81–825.  PILLSBURY CO. ET AL. v. CONBOY.  C. A. 7th Cir.  Certiorari granted.  JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 81–5195.  JONES v. UNITED STATES.  Ct. App. D. C.  Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

*Certiorari Denied.*  (See also Nos. 81–5368, 81–5641, and 81–5729, *supra.*)

No. 80–5896.  HALL v. QUILLEN ET AL.  C. A. 4th Cir.  Certiorari denied.